UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Stanley R. Chesler |
| v. | : | Criminal No. 05-165 |
| OMAR HUNT | : | **JUDGMENT FOR VIOLATION OF SUPERVISED RELEASE** |

The Court having presided over the defendant's guilty plea to Violation Number 3 of the Petition for Violation of Supervised Release charging him with violating the terms of supervised release by not following the condition of reporting to the probation officer and submitting a truthful and complete written report within the first five days of each month, it is hereby ORDERED:

1. Defendant is hereby adjudged guilty of violating the terms of his supervised release;

2. Defendant's supervised release is hereby REVOKED;

3. Defendant is hereby sentenced as follows: the defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of thirteen (13) months,

4. Upon release from imprisonment, the defendant shall be placed on supervised release for a term of one (1) year subject to the previously imposed standard conditions of supervised release, and shall comply with the following additional special condition: defendant shall refrain from associating with, or being in the company of, any members of any street gang, outlaw motorcycle gang, traditional or non-traditional organized crime group, or any other identified threat group; shall be restricted from frequenting any location where members of said

organizations are known to congregate or meet; and shall not have in his possession any item or paraphernalia which has any significance or is evidence of affiliation with said organizations; and

    5.   Violation Numbers 1, 2, 4 and 5 of the Petition for Violation of Supervised Release are dismissed.

                                                   HON. STANLEY R. CHESLER
                                                   United States District Judge

Dated: March 31, 2011